UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TAMARA BARRUS, et al.,
*on behalf of himself and all other employees similarly situated,*

    *Plaintiffs*,

v.

DICK'S SPORTING GOODS, INC., et al.,

    *Defendant.*

Civil Action No.
05-CV-6253 (CJS/JWF)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs. |
| **RELIEF REQUESTED:** | An Order granting plaintiffs' application for service payments. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23, the Fair Labor Standards Act and the Court's inherent authority. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Motion for Service Payments to Named Plaintiffs and Opt-In Class Members, and supporting Affirmation of Patrick J. Solomon |
| **PLACE:** | United States District Court<br>Western District of New York<br>Rochester, New York 14614 |
| **DATE:** | To be determined by the Court. |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers, if necessary, and therefore defendant is required to file and serve opposing papers at least eight business days prior to the return date. |

Dated: May 26, 2011            **THOMAS & SOLOMON LLP**

           By:    /s/ Patrick J. Solomon
                    J. Nelson Thomas, Esq.
                    Patrick J. Solomon, Esq.
                    Peter J. Glennon, Esq.
                    Sarah M. Born, Esq.
                    *Attorneys for Plaintiffs*
                    693 East Avenue
                    Rochester, New York 14607
                    Telephone:  (585) 272-0540
                    nthomas@theemploymentattorneys.com
                    psolomon@theemploymentattorneys.com
                    pglennon@theemploymentattorneys.com
                    sborn@theemploymentattorneys.com